IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

THE ESTATE OF JUNICE NEAL, BY
AND THROUGH CINDY WINDHAM,
ADMINISTRATRIX, FOR THE USE
AND BENEFIT OF THE ESTATE OF
JUNICE NEAL, AND FOR THE USE AND
BENEFIT OF THE WRONGFUL DEATH
BENEFICIARIES OF JUNICE NEAL                                              PLAINTIFF

VS.                                                                    NO. 1:04CV353-D-D

BEVERLY ENTERPRISES, INC., et al.                                       DEFENDANTS

## ORDER GRANTING MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Plaintiff's motions to remand (docket entries 6 and 11) are GRANTED; and

(2) this cause of action, with all pending motions, shall be REMANDED and restored to the active docket of the Circuit Court of Lee County, Mississippi.

SO ORDERED, this the 29th day of April 2005.

/s/ Glen H. Davidson
Chief Judge